IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
02 JUN 27 AM 11: 22
U.S. DISTRICT COURT
N.D. OF ALABAMA

RANDALL GLEN KIMBLE, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO. 01-J-2946-J
)
WARDEN BILLY OWEN and )
THE ATTORNEY GENERAL OF )
THE STATE OF ALABAMA, )
)
    Respondents. )

ENTERED
JUN 27 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner (doc. 9) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.

An appropriate order will be entered.

**DONE**, this ___27___ day of June, 2002.

_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

10